**Appeal Dismissed and Memorandum Opinion filed August 29, 2024.**



**In The**

# Fourteenth Court of Appeals

___

### NO. 14-24-00210-CV

___

## CHARLIE WILLIE JONES JR.  AND DORIS JENKINS, Appellants

## V.

## NORTH HOUSTON MOTORS, BEST AUTO STORAGE, HPD, Appellees

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1214517**

### MEMORANDUM OPINION

This is an appeal from a judgment signed February 16, 2024. The clerk's record was filed May 29, 2024.  No brief was filed.

On July 16, 2024, we issued an order stating that unless appellants filed a brief within 30 days the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.